IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRAYLIN GRAY, | ) | 4:07CV3220 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| CITY OF LINCOLN; TOM CASADY, Chief of the Lincoln Police Dept; NATHAN FLOOD, Inv. of the Lincoln Police Dept; TIMOTHY CRONIN, Ofc. of the Lincoln Police Dept, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On September 21, 2007, the court entered a order (filing 7) giving Plaintiff until October 9, 2007, to either show cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(g), or pay the full $350 filing fee. Plaintiff was notified that if he failed to comply with the order, this case would be dismissed.

As of this date, Plaintiff has taken no action. Accordingly, pursuant to the terms of the court's prior order, the court finds that Plaintiff's claims against Defendants should be dismissed without prejudice.

Accordingly,

IT IS ORDERED:

1. This case is dismissed without prejudice; and

2. Judgment shall be entered by separate document.

October 29, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge